1 **Marshall Meyers (020584)**
2 **WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
3 **Phoenix, AZ 85012**
**602 445 9819**
4 **866 565 1327 facsimile**
5 **mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**
6

7 **UNITED STATES DISTRICT COURT**
8 **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Cathleen Fleming**, | ) Case No. 2:10-cv-01964-GMS |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **Brachfield Law Group, PC,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 8th day of October, 2010.

By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

Notice of Settlement

1  Filed electronically on this 8th day of October, 2010, with:

2  United States District Court CM/ECF system
3

4
   By: s/Jessica DeCandia
5        Jessica DeCandia

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement