**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Cathleen Fleming**, | ) Case No. 2:10-cv-01964-GMS |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **Brachfield Law Group, PC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 22nd day of December, 2010.

                By:s/Marshall Meyers
                **Marshall Meyers**
                **WEISBERG & MEYERS, LLC**
                **5025 North Central Ave., #602**
                **Phoenix, AZ 85012**
                **602 445 9819**
                **866 565 1327 facsimile**
                **mmeyers@AttorneysForConsumers.com**
                **Attorney for Plaintiff**

1  Filed electronically on this 22nd day of December, 2010, with:

2  United States District Court CM/ECF system

3

4

5  By: s/Jessica DeCandia
       Jessica DeCandia